United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SHENTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WMI INVESTMENTS, LLC,<br><br>　　　　Defendant.<br>_____ / | No. C-10-04461-DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　The Court is in receipt of Plaintiff's Status Report. Docket No. 8. The Initial Case Management Conference previously scheduled for January 12, 2011 has been CONTINUED to **February 16, 2011, at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **February 9, 2011**. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

　　　　IT IS SO ORDERED.

Dated: January 6, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge